UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LOUMANIS, KRIST EVANGELOS | ) | Case No. 08-18672 PHX SSC |
| LOUMANIS, MARY THERESA | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10107 | 04/21/2010 | FAIR FINANCE<br>1753 STATE ROAD<br>CUYAHOGA FALLS, OH 44223 | $48.25 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 48.25 to the Clerk of the Court to be deposited in the Registry thereof.

August 26, 2010                                   /s/ Roger W. Brown
Date                                              Roger W. Brown, Trustee